1  Gail E. Cohen (093210), gcohen@bargerwolen.com
2  Misty A. Murray (196870), mmurray@bargerwolen.com
   BARGER & WOLEN LLP
   633 West Fifth Street, 47th Floor
3  Los Angeles, California 90071
   Telephone: (213) 680-2800
4  Facsimile: (213) 614-7399

5  Attorneys for Defendants
   Unum Group, The Paul Revere Life Insurance
6  Company, Frederick William Howarth III, d/b/a
   TBG Financial West aka TBG West
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 | DAVID A.B. BURTON,              ) CASE NO: CV09-9506 CAS (FMOx)
                                     )
12 |      Plaintiff,                 )
                                     ) **NOTICE OF ERRATA RE
13 | vs.                             ) EXHIBIT C TO NOTICE OF
                                     ) REMOVAL (DOCUMENT #1)**
14 | UNUM GROUP; THE PAUL REVERE     )
     LIFE INSURANCE COMPANY;         )
15 | FREDERICK WILLIAM HOWARTH       )
     III; TBG FINANCIAL WEST, aka TBG)
16 | WEST; and DOES 1-100, inclusive,)
                                     )
17 |      Defendants.                )
                                     ) Complaint Filed: Nov. 23, 2009
18 |_____)

19
20
21
22
23
24
25
26
27
28

c:\documents and settings\phb\local settings\temporary internet files\olkfd6\notice of errata.doc

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

1 | TO THE COURT, TO ALL PARTIES AND THEIR ATTORNEYS OF
2 | RECORD:
3 |     PLEASE TAKE NOTICE THAT subsequent to the filing of Defendants'
4 | Notice of Removal on December 29, 2009 (Document #1), Defendants discovered
5 | that a page was missing from Exhibit C to the Declaration of Lucia M. LaPalme.
6 | Attached hereto is a complete copy of Exhibit C to the LaPalme Decl.

Dated: February 16, 2010      BARGER & WOLEN LLP

By: /s/ Misty A. Murray
    GAIL E. COHEN
    MISTY A. MURRAY
    Attorneys for Defendants Unum
    Group, The Paul Revere Life
    Insurance Company, Frederick
    William Howarth III, and TBG
    Financial West aka TBG West