

# Supplemental Income Protection Plan

October 15, 2005

| | |
|---|---|
| **Developed Specifically For:** | Allen Matkins Leck Gamble & Mallory LLP |
| **Presented by:** | Frederick W. Howarth<br>TBG Financial West |
| **Plan offering approved by:** | Thomas M. Szarek<br>VP Integrated Underwriting |

**Plan Offering**

*Underwritten by the following subsidiary of UnumProvident Corporation.*

**Provident Life and Accident Insurance Company**
1 Fountain Square
Chattanooga, TN 37402

www.unumprovident.com

UnumProvident is the marketing brand of UnumProvident Corporation's insuring subsidiaries © 2004 UnumProvident Corporation. All rights reserved.

In view of firm growth that has taken place since the original signed Large Case Agreement of December 1, 1994 and amended July 17, 1998, enclosed is the updated plan offering detail specifications and an offer request document which supersedes the prior Large Case Agreement noted. Specifically, your customized plan design includes:

### Guaranteed Standard Issue (GSI) Supplemental Income Protection Plan Summary

| | Plan 1 | Plan 1 | Plan 2 | Tier 2 |
|---|---|---|---|---|
| Eligibility | All full-time Partners and Executive Director (under age 60) | All full-time Partners and Executive Director (Age 60 & above) | All full-time Partners and Executive Director | All full-time non-partner Attorneys & Exempt Executive Personnel earning $60,000 or more |
| Insurable Income | Last years K-1 or W-2 earnings; For new eligible members: Based on firm's projected rate of gross annualized income as a partner or current salary, plus guaranteed bonus if any. | Last years K-1 or W-2 earnings; For new eligible members: Based on firm's projected rate of gross annualized income as a partner or current salary, plus guaranteed bonus if any. | Last years K-1 or W-2 earnings; For new eligible members: Based on firm's projected rate of gross annualized income as a partner or current salary, plus guaranteed bonus if any. | Base Salary plus last years paid bonus |
| Plan Design | 60% of the first $600k insurable income, then 40% replacement thereafter, less LTD | 60% of the first $600k insurable income, then 40% replacement thereafter, less LTD | 60% of the first $600k insurable income, then 40% replacement thereafter, less LTD | 75% of the first $600k insurable income, then 40% replacement thereafter, less LTD |
| LTD Plan | 60% of K-1 Earnings to $15,000, Tax-Free | 60% of K-1 Earnings to $15,000, Tax Free | 60% of Base Salary to $20,000, Tax-Free | 60% of Base Salary to $15,000 |
| GSI Benefit Max | $10,000 | $5,000 | $5,000 | $5,000 |
| IDI Issue limit | $20,000 | Same | Same | Same |
| Max Participation | $35,000 | $35,000 | $35,000 | $35,000 |
| Minimum IDI Benefit | $1,000 | $1,000 | $1,000 | $500 |

EXHIBIT C
-277A-
003



Allen Matkins Leck Gamble & Mallory LLP

Supplemental Income Protection Plan

Plan Offering (continued)

|  | Plan 1 | Plan 1 | Plan 2 | Tier 2 |
|---|---|---|---|---|
| Elimination Period | 180 Days | 180 Days | 180 Days | 90 days |
| Benefit Period | To Age 65 | Same | Same | Same |
| Occupational Class | A1 | A1 | A1 | A1 |
| Contract Type | 990 Until 12/31/2005; then California Income Series / Non-Cancellable | Same | Same | Same |
| Contributory Status | Employee | Same | Same | Same |
| Participation Requirement | 100% for up to $5,000 IDI; Combined $20,000 monthly benefit | None | None | None |
| Discount (Fully Portable) | 35% Large Case | Same | Same | Same |
| Max Issue Age | 75 | Same | Same | Same |
| Situs: | CA | Same | Same | Same |
| Optional Benefits: |  |  |  |  |
| Recovery Benefit | Unlimited | Same | Same | Same |
| MNDA | Unlimited | Same | Same | Same |
| Your Occupation | Unlimited | Same | Same | Same |
| Long Term Residual | GSI | Same | Same | Same |
| COLA | GSI applicant's choice | Same | Same | Same |
| CA Income Series |  |  |  |  |
| WIB | 12 months | Same | Same | Same |
| Catastrophic Loss; subject to 3 medical questions & available through age 64 | $8,000 for all | $8,000 for all | $8,000 for all | $60,000: $3,000 $60,001- 120,000 $4,500 $120,001-$180,000: $6,000 $180,001 & greater $8,000 |

-278-

004



Allen Matkins Leck Gamble & Mallory LLP

Supplemental Income Protection Plan

**Contract Benefits**

## TERMS & CONDITIONS

**Who is eligible**

This offer is extended to approximately 200+ eligible individuals (as defined under "Eligibility" on page 1) who are U.S. citizens or permanent U.S. residents possessing a green card.

For the period of time commencing 180 days (day app signed) prior to and including the date of application, applicants must have been able to continuously work full time (30 hours or more per week) performing all the duties of their occupation without limitation due to injury or sickness, and not have been homebound or hospitalized due to significant injury or sickness.

Any members who chose not to participate under the prior plan will have a new open enrollment opportunity including access to medically guaranteed standard issue during 2005/2006 initial re-enrollment.

**Basis of Issue**

A standard offer means no modifications can be made to the contract's premium rate, elimination period, benefit period or monthly benefit amounts to adjust for a pre-existing medical condition.

Under the GSI offer, all applicants will be asked questions for current Activities of Daily Living (ADL) losses. If any ADL loss or applicable pre-existing condition exists, no Lifetime Continuation to Long Term Care will be included in the policy, and no Catastrophic Benefit will be issued where applicable as these conditions are not under the GSI offering and are fully medically underwritten.

The benefit will program around any coverage already in-force or applied for, which the insured does not intend to replace. Total coverage to be in-force would not exceed this plan design or our issue and participation limits. The benefit may be offset by any in-force individual coverage that was issued on a guaranteed standard basis. If an insured has more additional outside coverage, which they do not intend to replace, and would otherwise preclude their participation in this plan, we will allow a monthly disability benefit of $300 to be issued in order to permit the purchase of Catastrophic Loss Benefit subject to meeting the ADL parameters outlined above.

Any additional amounts purchased beyond this offer amount will be considered to be outside the plan design and subject to our normal medical and financial underwriting guidelines.

**Financial Requirements**

We will accept a company-provided census (electronic preferred) listing employee name, date of birth, job title and compensation as income documentation. Insurable income is based on last years K-1 or this year guaranteed income for Partners and current base salary plus prior year's paid bonus for non-partners.

Net Worth and Unearned Income considerations will be disregarded.

**Application Type**

TBG is authorized to pre-print applications and addendums in its office consistent with GSCI and medical underwriting rules.

**Medical Underwriting**

All standard requirements apply, however, UnumProvident agrees to waive para-med exams, blood & urine specimens, unless with respect to non-GSI coverage only requested by underwriting on a case-by-case basis.

005



Allen Matkins Leck Gamble & Mallory LLP

Supplemental Income Protection Plan

**OFFER REQUEST**

- This offer must be signed and received by our Advanced Sales Department before applications can be accepted.
- The above offer is contingent upon current rate-book and state regulations in effect at application time. Any change in plan design, eligibility/participation requirements, premium payer, etc. requires written approval by our Advanced Sales Department.

**ENROLLMENT PROCESS**

- TBG's normal enrollment methodology and services.
- Guaranteed Standard Issue as offered for voluntary participation under this agreement is available exclusively through TBG Financial West (TBG) on a first application basis regardless of actual participation achieved during enrollment due to TBG's proven exceptional track record for achieving high levels of participation on voluntary enrollment planes.
- All applications must be submitted within 90 days from the date of initial eligibility.
- Employees who enroll and fully participation in this plan will have the opportunity to update their coverage within the plan design and benefit maximums during a scheduled annual enrollment period.

**OFFER REVIEW PROCESS**

Although we do not anticipate doing so, we reserve the right to withdraw or modify this offer at any time after this case has been in force for three years. Factors such as, but not limited to, experience, non-adherence to guarantee rules, a change in our marketing direction could make this necessary. This offer will not be withdrawn or changed at any time without 180 days written notice to Fred Howarth and Allen Matkins Leck Gamble & Mallory's administrative executive. Also, as the amount of this offer was based on the plan design incorporating UnumProvident LTD, we will reserve the right to modify our offer if there is a change in the group LTD carrier. When appropriate, the Company will provide 180 days written notice in advance of any anticipated change to this offer. Any change in this offer would not affect policies in force, in underwriting, or submitted to UnumProvident prior to the expiration of 180 days written notice of change.

We are privileged that you have selected UnumProvident to meet your employees' income protection needs. We appreciate the opportunity to serve you and your employees, and we look forward to a continuing relationship.

**DISCLOSURE REMINDER REGARDING PRODUCER COMPENSATION**

Your insurance or benefits advisor can offer you advice and guidance as you select the policy and provider most appropriate for your needs. At UnumProvident we recognize the important role these professionals play in the sale of our products and services and offer them a variety of compensation programs. Your advisor can provide you with information about these programs as well as those available from other providers. We support disclosure of advisor compensation so that customers can make an informed buying decision.



Allen Matkins Leck Gamble & Mallory LLP

Supplemental Income Protection Plan

If you would like additional information about the range of compensation programs our company offers, you can find more details at www.unumprovident.com. Should you have other questions not addressed by the website or if you want to speak to us directly about advisor compensation, please call 1-800-633-7491.

Special note for any customer also paying a fee to an advisor
Compensation for advisor services may be available from insurance carriers, from clients, or from both. For any customer paying a fee to an advisor in connection with the purchase of insurance from UnumProvident, we require the customer's written consent before we will pay any compensation to the advisor.

Sincerely,

Thomas M. Szarek

**OFFER ACCEPTANCE**

On behalf of Allen Matkins Leck Gamble & Mallory, LLP, I request the offer outlined above and understand that these specifications are only available through the producer to whom this letter is addressed, Fred Howarth of TBG Financial West.

For our partners individual disability plan, we election Plan 1 _____ Plan 2 ✓ (check one)

Michael Palmer            10/31/05
Executive Director        (signature)    Date

Frederick W. Howarth      10/31/05
Producer/Agent of Record  (signature)    Date

-281-

007