Gail E. Cohen (093210), gcohen@bargerwolen.com
Misty A. Murray (196870), mmurray@bargerwolen.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorneys for Defendants
Unum Group, The Paul Revere Life Insurance
Company, Frederick William Howarth III, d/b/a
TBG Financial West aka TBG West

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A.B. BURTON,<br><br>         Plaintiff,<br><br>   vs.<br><br>UNUM GROUP; THE PAUL REVERE LIFE INSURANCE COMPANY; FREDERICK WILLIAM HOWARTH III; TBG FINANCIAL WEST, aka TBG WEST; and DOES 1-100, inclusive,<br><br>         Defendants. | CASE NO: CV09-9506 CAS (FMOx)<br><br>**DECLARATION OF FRED HOWARTH** IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO REMAND<br><br>Date:    March 8, 2010<br>Time:    10:00 a.m.<br>Crtrm:   5 – 2nd Floor<br><br>Complaint Filed: Nov. 23, 2009 |

# DECLARATION OF FREDERICK HOWARTH

I, Frederick Howarth, declare as follows:

1. I am an insurance agent doing business as TBG West and am a named defendant in this action along with TBG West. All of the following matters are within my personal knowledge, and, if called as a witness, I could and would competently testify thereto.

2. Through TBG West, I was the insurance agent that sold the disability insurance benefit program to Allen Matkins Leek Gamble & Mallory LLP ("Allen Matkins"). Specifically, I sold a group disability policy issued by Provident Life & Accident Insurance Company ("Provident Life") to Allen Matkins. I also negotiated on behalf of Allen Matkins a supplemental insurance program, which offered an individual policy from The Paul Revere Life Insurance Company ("Paul Revere") and subsequently Provident Life & Accident Insurance Company to the partners of the Allen Matkins law firm as well as its Executive Director, Michael Palmer, who was a non-attorney employee of Allen Matkins. The Paul Revere supplementary coverage is an additional layer of optional coverage in addition to the group disability benefit program pursuant to the terms of a "Supplemental Income Protection Plan" entered into between Allen Matkins and the insurers.

3. My personal assistant is Jessica Sanchez, who has been working for me since February 9, 2009. Ms. Sanchez is not authorized and has never been authorized by me to accept service of any legal papers on my behalf or on behalf of TBG West. Rather, Ms. Sanchez's job duties are limited to assisting me in personal matters at my office, such as making travel arrangements, running errands, scheduling appointments, opening mail, and maintaining my business calendar. Ms. Sanchez does not assist me with any of my business or legal matters.

4. I first became aware that Mr. Burton and his lawyer delivered legal papers to Ms. Sanchez at my office after January 27, 2010, when Mr. Burton's motion to remand in this case was filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 16th day of February, 2010 in Culver City, California

FREDERICK HOWARTH