# EXHIBIT A

Name & Address:
Gail E. Cohen (093210) / Misty A. Murray (196870)
Barger & Wolen LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800 / Facsimile: (213) 614-7399
Email: gcohen / mmurray@bargerwolen.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| DAVID A.B. BURTON, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV09-9506 CAS (FMOx) |
| v. | |
| UNUM GROUP; THE PAUL REVERE LIFE INSURANCE COMPANY, ET AL. | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

Exhibit A- SURVEILLANCE DVD to Declaration of Eric L. Sayles in Support of Defendants' Opposition to Plaintiff's Motion to Remand

**Document Description:**

☐  Administrative Record
☑  Exhibits
☐  Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
☐  Other

**Reason:**

☐  Under Seal
☑  Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐  Electronic versions are not available to filer
☐  Per Court order dated _____
☐  Manual Filing required (*reason*):

February 16, 2010
Date

/s/ Gail E. Cohen
Attorney Name

Defendants Unum Group, The Paul Revere Life Ins
Party Represented

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (03/09)  NOTICE OF MANUAL FILING