1  Gail E. Cohen (093210), gcohen@bargerwolen.com
   Misty A. Murray (196870), mmurray@bargerwolen.com
2  BARGER & WOLEN LLP
   633 West Fifth Street, 47th Floor
3  Los Angeles, California 90071
   Telephone: (213) 680-2800
4  Facsimile: (213) 614-7399

5  Attorneys for Defendants
   Unum Group, The Paul Revere Life Insurance
6  Company, Frederick William Howarth III, d/b/a
   TBG Financial West aka TBG West
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

| 11 | DAVID A.B. BURTON, | CASE NO: CV09-9506 CAS (FMOx) |
|---|---|---|
| 12 | Plaintiff, | **SUPPLEMENTAL DECLARATION OF JESSICA SANCHEZ** IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO REMAND |
| 13 | vs. | |
| 14 | UNUM GROUP; THE PAUL REVERE LIFE INSURANCE COMPANY; FREDERICK WILLIAM HOWARTH III; TBG FINANCIAL WEST, aka TBG WEST; and DOES 1-100, inclusive, | |
| 15 | | |
| 16 | | Date: March 8, 2010<br>Time: 10:00 a.m.<br>Crtrm: 5 – 2nd Floor |
| 17 | Defendants. | |
| 18 | | Complaint Filed: Nov. 23, 2009 |

## DECLARATION OF JESSICA SANCHEZ

I, Jessica Sanchez, declare as follows:

1. I am employed as a personal assistant for Frederick Howarth dba TBG West. All of the following matters are within my personal knowledge, and, if called as a witness, I could and would competently testify thereto.

2. In my declaration dated December 28, 2009, I stated that I had recalled receiving papers for Mr. Howarth on November 23, 2009. I subsequently have reviewed the video surveillance of that encounter and realize that the events in question actually took place on November 25, 2009. When recalling the events of November 25th at a later date, I simply misremembered the date.

3. As explained in my prior declaration, I am not and have never been authorized by Fred Howarth to accept service of any legal papers on his behalf. I also did not understand the legal significance of the documents I received on November 25th. As a result, I did not give the papers directly to Mr. Howarth.

4. I have been employed as Mr. Howarth's personal assistant since February 9, 2009. My job duties are limited to assisting in Mr. Howarth's personal matters at the office or home, including making travel arrangements, running errands, scheduling appointments, managing his calendar, opening mail, and answering the phones. I do not assist Mr. Howarth with any of his business matters. I do upon occasion, as needed, assist the office in stuffing and sealing envelopes and occasional filing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 16th day of February, 2010 in Culver City, California

_____
JESSICA SANCHEZ