Gail E. Cohen (093210), gcohen@bargerwolen.com
Misty A. Murray (196870), mmurray@bargerwolen.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorneys for Defendants
Unum Group, The Paul Revere Life Insurance
Company, Frederick William Howarth III, d/b/a
TBG Financial West aka TBG West

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A.B. BURTON, <br><br> Plaintiff, <br><br> vs. <br><br> UNUM GROUP; THE PAUL REVERE LIFE INSURANCE COMPANY; FREDERICK WILLIAM HOWARTH III; TBG FINANCIAL WEST, aka TBG WEST; and DOES 1-100, inclusive, <br><br> Defendants. | CASE NO: CV09-9506 CAS (FMOx) <br><br> **DECLARATION OF MISTY A. MURRAY** IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO REMAND; EXHIBITS <br><br> Date:  March 8, 2010 <br> Time:  10:00 a.m. <br> Crtrm: 5 – 2nd Floor <br><br> Complaint Filed: Nov. 23, 2009 |

# DECLARATION OF MISTY A. MURRAY

I, Misty A. Murray, declare as follows:

1. I am as associate of Barger & Wolen LLP, attorneys of record for Defendants Unum Group, The Paul Revere Life Insurance Company, Frederick William Howarth III, d/b/a TBG Financial West aka TBG West, collectively referred to herein as "Defendants." I am one of the attorneys with primary responsibility of the matters set forth below and if called to testify I would and could competently testify thereto.

2. Attached hereto in support of Defendants' Opposition to Plaintiff's Motion for Remand are true and correct copies of the Declarations of Jessica Sanchez and Lucia M. LaPalme, which were previously filed on December 29, 2009 with Notice of Removal. Exhibit C to the LaPalme Declaration has been corrected to include one page that was inadvertently left out in the original filing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 16th day of February, 2010 in Los Angeles, California

/s/ Misty A. Murray
MISTY A. MURRAY

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-2-