# DECLARATION

# OF

# LUCIA M. LePALME

# AND

# NOTICE OF ERRATA

## DECLARATION OF LUCIA M. LaPALME

I, Lucia M. LePalme, declare as follows:

1.    I am an Assistant Vice President who reviewed the application files on behalf of The Paul Revere Life Insurance Company ("Paul Revere") and Provident Life & Accident Insurance Company ("Provident Life"), named Defendants in this action.

2.    As part of my job duties and for purposes of this Declaration, I have reviewed the application file documents pertaining to David Burton's Paul Revere policy at issue as well as Supplemental Income Protection Plan ("SIPP") and am thoroughly familiar with their contents. See Exhibit C attached. If called as witness in this matter, I could and would competently testify to all facts set forth in this Declaration from my own personal knowledge and from the documents that I reviewed in connection with the subject Paul Revere policy. The application file documents pertaining to the subject policy were kept in the ordinary course of the company's business activity, and were made at or near the time of the subject acts, events, conditions, opinions or diagnoses referenced therein by, or from information transmitted by, a person with knowledge of the acts, events, conditions, opinions or diagnoses.

3.    I am aware of the group long-term disability policy (the "LTD Plan") issued by Provident Life to Burton's employer, Allen Matkins Leek Gamble & Mallory LLP ("Allen Matkins"). A copy of the group policy is attached hereto as Exhibit A.

4.    Paul Revere also offered an individual policy to partners of the Allen Matkins law firm in order to provide supplemental disability benefits of up to $5,000 per month. A copy of the individual policy issued to Burton by Paul Revere is attached hereto as Exhibit B.

 

5. The Paul Revere supplementary coverage was added to the group disability benefit program pursuant to the terms of a SIPP entered into between Allen Matkins and Paul Revere on October 31, 2005. The SIPP was specifically designed for Allen Matkins and the individual policies were guaranteed standard issue ("GSI") for all partners, with no medical underwriting requirements. The individual policies were only available to participants in the LTD Plan and offered to Allen Matkins partners at a 35% discounted premium. A copy of the SIPP is attached hereto as Exhibit C.

6. These supplemental insurance plan benefits were also detailed in the Personal Benefit Menu that was provided to all eligible participants, including Burton, as part of the enrollment kit (a copy of which is attached hereto as Exhibit D) and were further explained in an 11-page description of the SIPP entitled "SIPP Highlights" (a copy of which is attached hereto as Exhibit E).

7. In October 2005, when the SIPP was agreed to by Allen Matkins, Burton was already collecting disability benefits from Provident Life under the Allen Matkins LTD Plan as a result of an earlier disability, which incepted on May 26, 2004. Burton stated on his application for the Paul Revere individual Policy that he first returned to work in November 2005. As such, he satisfied the 180-day "actively at work" requirement in order to qualify for issuance of the individual policy coverage negotiated by Allen Matkins under the terms of the SIPP. Burton elected to participate in the SIPP program and accepted the offer on October 31, 2005. See Exhibit C.

8. Because, per the terms of the SIPP negotiated by Allen Matkins, the individual Paul Revere polices were "Guaranteed Standard Issue", with no medical underwriting requirement, Burton was able to qualify for coverage. But for that concession obtained by his law firm, Burton would not have otherwise qualified for the individual disability insurance at issue because he would not have satisfied Paul Revere's standard medical underwriting requirements.

9.   On information and belief, Allen Matkins paid the premiums for the LTD Plan, and I am aware plan participants paid for the individual policy through payroll deductions by Allen Matkins.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 24th day of December, 2009, at Worcester, Massachusetts.

Lucia M. LaPalme

1 | Gail E. Cohen (093210), gcohen@bargerwolen.com
Misty A. Murray (196870), mmurray@bargerwolen.com
2 | BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
3 | Los Angeles, California  90071
Telephone:  (213) 680-2800
4 | Facsimile:  (213) 614-7399

5 | Attorneys for Defendants
Unum Group, The Paul Revere Life Insurance
6 | Company, Frederick William Howarth III, d/b/a
TBG Financial West aka TBG West

7 |

8 | **UNITED STATES DISTRICT COURT**

9 | **CENTRAL DISTRICT OF CALIFORNIA**

10 |

11 | DAVID A.B. BURTON,                     ) CASE NO: CV09-9506 CAS (FMOx)

12 |                Plaintiff,                        )

13 |       vs.                                        ) **NOTICE OF ERRATA RE
                                                   EXHIBIT C TO NOTICE OF
                                                   REMOVAL (DOCUMENT #1)**

14 | UNUM GROUP; THE PAUL REVERE            )
LIFE INSURANCE COMPANY;                )
15 | FREDERICK WILLIAM HOWARTH              )
III; TBG FINANCIAL WEST, aka TBG       )
16 | WEST; and DOES 1-100, inclusive,      )

17 |                Defendants.                    )
                                                   ) Complaint Filed: Nov. 23, 2009
18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |
c:\documents and settings\phb\local settings\temporary internet files\olkfd6\notice of errata.doc

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

1   TO THE COURT, TO ALL PARTIES AND THEIR ATTORNEYS OF

2   RECORD:

3   PLEASE TAKE NOTICE THAT subsequent to the filing of Defendants'

4   Notice of Removal on December 29, 2009 (Document #1), Defendants discovered

5   that a page was missing from Exhibit C to the Declaration of Lucia M. LaPalme.

6   Attached hereto is a complete copy of Exhibit C to the LaPalme Decl.

7

8   Dated: February 16, 2010                    BARGER & WOLEN LLP

9

10                                              By: /s/ Misty A. Murray
                                                    GAIL E. COHEN
11                                                  MISTY A. MURRAY
                                                    Attorneys for Defendants Unum
12                                                  Group, The Paul Revere Life
                                                    Insurance Company, Frederick
13                                                  William Howarth III, and TBG
                                                    Financial West aka TBG West
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



# Supplemental Income Protection Plan

October 15, 2005

| | |
|---|---|
| **Developed Specifically For:** | Allen Matkins Leck Gamble & Mallory LLP |
| **Presented by:** | Frederick W. Howarth<br>TBG Financial West |
| **Plan offering approved by:** | Thomas M. Szarek<br>VP Integrated Underwriting |

*Underwritten by the following subsidiary of UnumProvident Corporation.*

**Provident Life and Accident Insurance Company**
1 Fountain Square
Chattanooga, TN 37402

www.unumprovident.com

*UnumProvident is the marketing brand of UnumProvident Corporation's insuring subsidiaries. © 2004 UnumProvident Corporation. All rights reserved.*

**Plan Offering:**

In view of firm growth that has taken place since the original signed Large Case Agreement of December 1, 1994 and amended July 17, 1998, enclosed is the updated plan offering detail specifications and an offer request document which supersedes the prior Large Case Agreement noted. Specifically, your customized plan design includes:

### Guaranteed Standard Issue (GSI) Supplemental Income Protection Plan Summary

| | Plan 1 | Plan 1 | Plan 2 | Tier 2 |
|---|---|---|---|---|
| **Eligibility** | All full-time Partners and Executive Director (under age 60) | All full-time Partners and Executive Director (Age 60 & above) | All full-time Partners and Executive Director | All full-time non-partner Attorneys & Exempt Executive Personnel earning $60,000 or more |
| **Insurable Income** | Last years K-1 or W-2 earnings; For new eligible members: Based on firm's projected rate of gross annualized income as a partner or current salary, plus guaranteed bonus if any. | Last years K-1 or W-2 earnings; For new eligible members: Based on firm's projected rate of gross annualized income as a partner or current salary, plus guaranteed bonus if any. | Last years K-1 or W-2 earnings; For new eligible members: Based on firm's projected rate of gross annualized income as a partner or current salary, plus guaranteed bonus if any. | Base Salary plus last years paid bonus |
| **Plan Design** | 60% of the first $600k insurable income, then 40% replacement thereafter, less LTD | 60% of the first $600k insurable income, then 40% replacement thereafter, less LTD | 60% of the first $600k insurable income, then 40% replacement thereafter, less LTD | 75% of the first $600k insurable income, then 40% replacement thereafter, less LTD |
| **LTD Plan** | 60% of K-1 Earnings to $15,000, Tax-Free | 60% of K-1 Earnings to $15,000, Tax Free | 60% of Base Salary to $20,000, Tax-Free | 60% of Base Salary to $15,000 |
| **GSI Benefit Max** | $10,000 | $5,000 | $5,000 | $5,000 |
| **IDI Issue limit** | $20,000 | Same | Same | Same |
| **Max Participation** | $35,000 | $35,000 | $35,000 | $35,000 |
| **Minimum IDI Benefit** | $1,000 | $1,000 | $1,000 | $500 |

## EXHIBIT C
-277A-



Allen Matkins Leck Gamble & Mallory LLP

Supplemental Income Protection Plan

Plan Offering (continued)

| | Plan 1 | Plan 1 | Plan 2 | Tier 2 |
|---|---|---|---|---|
| Elimination Period | 180 Days | 180 Days | 180 Days | 90 days |
| Benefit Period | To Age 65 | Same | Same | Same |
| Occupational Class | A1 | A1 | A1 | A1 |
| Contract Type | 990 Until 12/31/2005; then California Income Rates / Non-Cumulable | Same | Same | Same |
| Contributory Status | Employee | Same | Same | Same |
| Participation Requirement | 100% for up to $5,000 IDI; Combined $20,000 monthly benefit | None | None | None |
| Discount (Fully Portable) | 35% Large Case | Same | Same | Same |
| Max Issue Age | 75 | Same | Same | Same |
| Situs | CA | Same | Same | Same |
| Optional Benefits | | | | |
| Recovery Benefit | Unlimited | Same | Same | Same |
| NNDA | Unlimited | Same | Same | Same |
| Your Occupation | Unlimited | Same | Same | Same |
| Long Term Residual | GSI | Same | Same | Same |
| COLA | GSI applicant's choice | Same | Same | Same |
| CA Income Series | | | | |
| WIB | 12 months | Same | Same | Same |
| Catastrophic Loss; subject to 3 medical questions & available through age 64 | $8,000 for all | $8,000 for all | $8,000 for all | $60,000: $3,900 $60,001- 120,000 $4,500 $120,001- $180,000: $6,000 $180,001 & greater $8,000 |

-278-



**Allen Matkins Leck Gamble & Mallory LLP**

**Supplemental Income Protection Plan**

| TERMS & CONDITIONS | |
|---|---|
| **Who is eligible** | This offer is extended to approximately 200+ eligible individuals (as defined under "Eligibility" on page 1) who are U.S. citizens or permanent U.S. residents possessing a green card. |
| | For the period of time commencing 180 days (day app signed) prior to and including the date of application, applicants must have been able to continuously work full time (30 hours or more per week) performing all the duties of their occupation without limitation due to injury or sickness, and not have been homebound or hospitalized due to significant injury or sickness. |
| | Any members who chose not to participate under the prior plan will have a new open enrollment opportunity including access to medically guaranteed standard issue during 2005/2006 initial re-enrollment. |
| **Basis of Issue** | A standard offer means no modifications can be made to the contract's premium rate, elimination period, benefit period or monthly benefit amounts to adjust for a pre-existing medical condition. |
| | Under the GSI offer, all applicants will be asked questions for current Activities of Daily Living (ADL) losses. If any ADL loss or applicable pre-existing condition exists, no Lifetime Continuation to Long Term Care will be included in the policy, and no Catastrophic Benefit will be issued where applicable as these conditions are not under the GSI offering and are fully medically underwritten. |
| | The benefit will program amount any coverage already in-force or applied for, which the insured does not intend to replace. Total coverage to be in-force would not exceed this plan design or our issue and participation limits. The benefit may be offset by any in-force individual coverage that was issued on a guaranteed standard basis. If an insured has other additional outside coverage, which they do not intend to replace, and would otherwise preclude their participation in this plan, we will allow a monthly disability benefit of $300 to be issued in order to permit the purchase of Catastrophic Loss Benefit subject to meeting the ADL parameters outlined above. |
| | Any additional amounts purchased beyond this offer amount will be considered to be outside the plan design and subject to our normal medical and financial underwriting guidelines. |
| **Financial Requirements** | We will accept a company-provided census (electronic preferred) listing employee name, date of birth, job title and compensation as income documentation. Insurable income is based on last years K-1 or this year guaranteed income for Partners and current base salary plus prior year's paid bonus for non-partners. |
| | Net Worth and Unearned Income considerations will be disregarded. |
| **Application Type** | TBG is authorized to pre-print applications and addendums in its office consistent with GSI and medical underwriting rules. |
| **Medical Underwriting** | All standard requirements apply, however, UnumProvident agrees to waive para-med exam, blood & urine specimens, unless with respect to non-GSI coverage only requested by underwriting on a case-by-case basis. |

-279-



Allen Matkins Leck Gamble & Mallory LLP

Supplemental Income Protection Plan

## OFFER REQUEST

- This offer must be signed and received by our Advanced Sales Department before applications can be accepted.

- The above offer is contingent upon current rate-book and state regulations in effect at application time. Any change in plan design, eligibility/participation requirements, premium payer, etc. requires written approval by our Advanced Sales Department.

## ENROLLMENT PROCESS

- TBG's normal enrollment methodology and services.

- Guaranteed Standard Issue as offered for voluntary participation under this agreement is available exclusively through TBG Financial West (TBG) on a first application basis regardless of actual participation achieved during enrollment due to TBG's proven exceptional track record for achieving high levels of participation on voluntary enrollment plans.

- All applications must be submitted within 90 days from the date of initial eligibility.

- Employees who enroll and fully participate in this plan will have the opportunity to update their coverage within the plan design and benefit maximums during a scheduled annual enrollment period.

## OFFER REVIEW PROCESS

Although we do not anticipate doing so, we reserve the right to withdraw or modify this offer at any time after this case has been in force for three years. Factors such as, but not limited to, experience, non-adherence to guarantee rules, a change in our marketing direction could make this necessary. This offer will not be withdrawn or changed at any time without 180 days written notice to Fred Howarth and Allen Matkins Leck Gamble & Mallory's administrative executive. Also, as the amount of this offer was based on the plan design incorporating UnumProvident LTD, we will reserve the right to modify our offer if there is a change in the group LTD carrier. When appropriate, the Company will provide 180 days written notice in advance of any anticipated change to this offer. Any change in this offer would not affect policies in fore, in underwriting, or submitted to UnumProvident prior to the expiration of 180 days written notice of change.

We are privileged that you have selected UnumProvident to meet your employees' income protection needs. We appreciate the opportunity to serve you and your employees, and we look forward to a continuing relationship.

## DISCLOSURE REMINDER REGARDING PRODUCER COMPENSATION

Your insurance or benefits advisor can offer you advice and guidance as you select the policy and provider most appropriate for your needs. At UnumProvident we recognize the important role these professionals play in the sale of our products and services and offer them a variety of compensation programs. Your advisor can provide you with information about these programs as well as those available from other providers. We support disclosure of advisor compensation so that customers can make an informed buying decision.

-280-

006





### Allen Matkins Leck Gamble & Mallory LLP

### Supplemental Income Protection Plan

If you would like additional information about the range of compensation programs our company offers, you can find more details at www.unumprovident.com. Should you have other questions not addressed by the website or if you want to speak to us directly about advisor compensation, please call 1-800-633-7491.

Special note for any customer also paying a fee to an advisor

Compensation for advisor services may be available from insurance carriers, from clients, or from both. For any customer paying a fee to an advisor in connection with the purchase of insurance from UnumProvident, we require the customer's written consent before we will pay any compensation to the advisor.

Sincerely,

Thomas M. Szarek

Thomas M. Szarek

**OFFER ACCEPTANCE**

On behalf of Allen Matkins Leck Gamble & Mallory, LLP, I request the offer outlined above and understand that these specifications are only available through the producer to whom this letter is addressed, Fred Howarth of TBG Financial West.

For our partners individual disability plan, we election Plan 1 _____ Plan 2 ✓ (check one)

Michael Palmer    10/31/05
Michael Palmer    (signature)

Executive Director    Date

Frederick W. Howarth    10/31/05
Frederick W. Howarth    (signature)

Producer/Agent of Record    Date

-281-