Gail E. Cohen (093210), gcohen@bargerwolen.com
Misty A. Murray (196870), mmurray@bargerwolen.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorneys for Defendants
Unum Group, The Paul Revere Life Insurance
Company, Frederick William Howarth III, d/b/a
TBG Financial West aka TBG West

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A.B. BURTON,<br><br>Plaintiff,<br><br>vs.<br><br>UNUM GROUP; THE PAUL REVERE LIFE INSURANCE COMPANY; FREDERICK WILLIAM HOWARTH III; TBG FINANCIAL WEST, aka TBG WEST; and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO: CV09-9506 CAS (FMOx)<br><br>**DECLARATION OF ERIC L. SAYLES** IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO REMAND<br><br>Date:     March 8, 2010<br>Time:    10:00 a.m.<br>Crtrm:   5 – 2nd Floor<br><br>Complaint Filed: Nov. 23, 2009 |

# DECLARATION OF ERIC L. SAYLES

I, Eric L. Sayles, declare as follows:

1. I am the Director of IT for TBG West. All of the following matters are within my personal knowledge, and, if called as a witness, I could and would competently testify thereto. My job duties for TBG West include the installation and monitoring of the security system for the building in which TBG West is located in Culver City. Part of this security system includes video cameras that record all activity at the front door of the building. As part of my job duties, I maintain the video recordings of the front entrance.

2. I understand that Jessica Sanchez received a package at the front entrance on November 25, 2009, acceptance of which is now in question. I reviewed the video footage for November 25, 2009 and asked Ms. Sanchez to identify the persons on the video as the persons who gave her the package in question on that day, which Ms. Sanchez did. Attached hereto as Exhibit A is a true and correct copy of the video recording taken on November 25, 2009. The video was maintained by me in the usual course of my job duties and business for TBG West.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 16th day of February, 2010 in Culver City, California

_____
ERIC L. SAYLES

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

# EXHIBIT A

